## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.   16-cr-10007 |
| CRYSTAL BECKER, | ) ) ) | |
| Defendant. | ) | |

# ORDER

Before the Court is a Report and Recommendation (Doc. 11) of United States Magistrate Judge Johnathan E. Hawley that the Defendant's plea of guilty to Count One of the Superseding Information (Doc. 4) filed in this case and entered on February 12, 2016 be accepted by the assigned United States District Judge. No objections to the Report and Recommendation were filed.

Upon a *de novo* review of the record, pursuant to 28 U.S.C. § 636(b)(1), the Court ADOPTS the Report and Recommendation of United States Magistrate Judge. *See Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986). Defendant's plea of guilty to Count One of the Superseding Information is hereby ACCEPTED.  The Clerk of the Court is to file this acceptance in this case.

So ORDERED.

Entered this 14th  day of June, 2016.

                                                                                             s/ Joe B. McDade
                                                                                             JOE BILLY McDADE
                                                                  United States Senior District Judge